AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
At Albuquerque NM
MAR 29 2016
MATTHEW J. DYKMAN
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Michel Alejandra BARCELO-FUENTES | ) Case No. 16-MJ-1289 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __3/29/2016__ in the county of __Bernalillo__ in the __Judicial__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of more than 500 grams of a mixture or substance containing a detectable amount of Methamphetamine |

This criminal complaint is based on these facts:

*** SEE ATTACHED AFFIDAVIT ***

☑ Continued on the attached sheet.

_____
Complainant's signature

S/A Jarrell W. Perry, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/29/2016

City and state: Albuquerque, New Mexico

_____
Judge's signature

KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE
Printed name and title

# AFFIDAVIT

On March 29, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry and Immigration Customs Enforcement (ICE) Deportation Officer Matt Salcido were at the Greyhound Bus Station in Albuquerque, New Mexico when the eastbound Greyhound Bus arrived for its regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry approached a female, who was later identified as Michel Alejandra BARCELO-FUENTES, who was sitting in his respective seat on the Greyhound Bus. S/A Perry displayed his DEA badge to BARCELO-FUENTES, identified himself as a police officer to BARCELO-FUENTES, asked for and received permission to speak with BARCELO-FUENTES.

After a short conversation, S/A Perry asked BARCELO-FUENTES if she had any luggage with her. BARCELO-FUENTES identified a black/green colored duffel bag that was lying partially underneath of her seat as belonging to her. S/A Perry asked for and received permission from BARCELO-FUENTES to search her duffel bag for contraband. A consensual search of BARCELO-FUENTES' duffel bag revealed various oblong shaped, hard-like bundles concealed inside of various clothing.

S/A Perry immediately knew from his experience that the oblong shaped, hard-like bundles were consistent with illegal narcotics. S/A Perry handcuffed BARCELO-FUENTES, thus placing her under arrest.

BARCELO-FUENTES was transported to the DEA ADO. At the DEA ADO, S/A Perry and Officer Salcido removed a total of ten oblong shaped, hard-like bundles that were wrapped in aluminum foil and ten different clear plastic zip-lock bags, for a total of twenty bundles, from the various clothing inside of the duffel bag. S/A Perry and Officer Salcido weighed the twenty bundles, for a total weighed of approximately 9.70 gross kilograms (21.728 gross pounds). S/A Perry knew that based upon his training and experience that this is an amount that is consistent with distribution rather than personal

use. S/A Perry and Officer Salcido cut into the three bundles, which revealed a clear crystal like substance, which field-tested positive for the presence of methamphetamine.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

_____
Jarrell W. Perry
Special Agent
Drug Enforcement Administration

_____
Chief United States Magistrate Judge